## Order

PER CURIAM:

Forum Development Group, LLC, appeals from the Labor and Industrial Relations Commission's order granting unemployment benefits to Forum's former employee Maria Mendenhall. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling today. Rule 84.16(b).

■

**J.T.V., Respondent,**

v.

**M.A.L., Appellant.**

**No. ED 96310.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 21, 2012.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 10, 2012.

Kruse, Reinker & Hamilton, LLC, Robert N. Hamilton, Jennifer R. Piper, John R. Fenley, St. Louis, MO, for Appellant.

The Marks Law Firm, LLC, Jonathan D. Marks, Creve Coeur, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., MARY K. HOFF, J., and SHERRI B. SULLIVAN, J.

### *ORDER*

PER CURIAM.

M.A.L. appeals from the judgment granting J.T.V.'s motion to modify child support and denying M.A.L.'s motion to dismiss and motion to modify child support. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. An extended opinion would have no precedential value or serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

■

**MEDICINE SHOPPE
INTERNATIONAL,
INC., Respondent,**

v.

**SEM ENTERPRISES, INC.,
and Stanley E. Morris,
Appellants.**

**No. ED 96313.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 21, 2012.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 10, 2012.

Mayer S. Klein, Rachel M. Shenker, Clayton, MO, for Appellant.

Stephen J. O'Brien, Sarah E.S. Carlson, Luke G. Maher, St. Louis, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.